Case No: _____  Inmate Name: Mike Dauber
Date: 6-7-21  Inmate IDOC#: 120306
Document Title: Habeus petition
Total Pages: 10  Inmate Initials Verifying Page Count: MSD
Document(s) ___ of ___ Exhibits 19

Michael Stephen Dauber
(full name/prisoner number)
P.O. Box 14
Boise IDAHO
83707
(complete mailing address)

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

Michael Stephen Dauber

Petitioner,

v.

warden Ramirez,

Respondent (Warden).

Case No.
*(to be assigned by Court)*

**PETITION FOR WRIT OF HABEAS CORPUS**
*(§ 2254 - state custody)*

I request that the United States District Court grant my Petition and issue a Writ of Habeas Corpus to Respondent based on the following grounds.

## I. CONVICTION OR SENTENCE BEING CHALLENGED:

1. (a) Name and location of court that entered the judgment of conviction being challenged:
   Idaho state supreme court Boise IDAHO

   (b) Criminal docket or case number (if you know): 44849-2017 - CR-2014-312

   (c) Date of the judgment of conviction (if you know): _____

   (d) Date of sentencing: _____

   (e) Length of sentence: Seventeen years to Life

2. In this case, were you convicted of more than one count or crime? ☒ Yes ☐ No

3. Identify all counts/crimes of which you were convicted/sentenced in this case: two

Petition for Writ of Habeas Corpus - p. 1                               (Rev. 10/24/2011)

_counts of Second degree murder_

4. (a) What was your plea? (Check one) ○ Not Guilty ○ Guilty ⊗ *Alford* Plea or No Contest

5. If you went to trial, what kind of trial did you have? (Check one) ○ Jury ○ Judge only

## II. DIRECT APPEAL

1. Did you file a direct appeal from the judgment of conviction? ⊗ Yes ○ No

2. If you did appeal, provide the following:

   (a) Name of court that heard your appeal: _Court of Appeals_

   (b) Docket or case number (if you know): _44849-2017 & 44850-217_

   (c) Result: _Concluded with lower court_

   (d) Date of result (if you know): _Approx 6-14-20_

   (e) Grounds raised: _Un-Substantiated third party threat, 2) Plea was un-knowing, involuntary and was coerced_

   (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ⊗ Yes ○ No ○ Not applicable. If yes, answer the following:

   (1) Result: _petition Denied_

   (2) Date of result (if you know): _Approx 7-20-20_

   (3) Grounds raised: _I was Denied expert's CSI, Handwriting, Discovery, evidence. I was coerced. Competency And actual innocense_

## III. FIRST POST-CONVICTION ACTION

1. If you filed any post-conviction petition, application, or motion concerning this judgment of conviction or sentence in any state court, give the following information:

   (a) Name of court: _Fourth Judicial court_

   (b) Date of filing (if you know): _Approx Jan 2021_

   (c) Type of proceeding: _____

   (d) Grounds raised: _plea was entered under duress. 2) competency 3) actual innocense, 4) ineffective assistance of counsel_

2. Did you file an appeal? ○ Yes ○ No   If you did appeal, answer the following:

   (a) Name of court that heard your appeal: _N/A_

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Grounds raised: _____

   (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ○ Yes ○ No ○ Not applicable.   If yes, answer the following:

   (1) Result: _N/A_

   (2) Date of result (if you know): _____

   (3) Grounds raised: _____

Petition for Writ of Habeas Corpus - p. 3          (Rev. 10/24/2011)

## IV. SECOND POST-CONVICTION ACTION

1. If you filed a second post-conviction petition, application, or motion concerning this judgment of conviction in any state court, give the following information:

    (a) Name of court: _N/A_

    (b) Date of filing (if you know): _____

    (c) Type of proceeding: _____

    (d) Grounds raised: _____

2. Did you file an appeal? ◯Yes ⊗No  If you did appeal, answer the following:

    (a) Name of court that heard your appeal: _N/A_

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Grounds raised: _____

    (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ⊗Yes ◯No ◯Not applicable. If yes, answer the following:

    (1) Result: _petition Denied_

    (2) Date of result (if you know): _Approx 7-20-21_

    (3) Grounds raised: _I was coerced, competency and actual innocense_

## V. THIRD POST-CONVICTION ACTION

1. If you filed a third post-conviction petition, application, or motion concerning this judgment of conviction in any state court, give the following information:

    (a) Name of court: _____N/A_____

    (b) Date of filing (if you know): _____

    (c) Type of proceeding: _____

    (d) Grounds raised: _____

    _____

2. Did you file an appeal? ○ Yes ⊗ No   If you did appeal, answer the following:

    (a) Name of court that heard your appeal: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Grounds raised: _____

    _____

    (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ○ Yes ○ No ⊗ Not applicable.   If yes, answer the following:

    (1) Result: _____

    (2) Date of result (if you know): _____

    (3) Grounds raised: _____

    _____

## VI. CLAIMS FOR WHICH RELIEF IS REQUESTED IN THIS PETITION

For this petition, state every claim for which you allege that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four claims. State the legal basis/federal ground for your claim very briefly. Do not make extensive legal arguments on the petition form, but you may file a legal memorandum or brief either (1) with your

petition or (2) as your reply to the respondent's motion for summary dismissal or answer. Importantly, your petition should include all of the facts that support your claim.

1. **First Claim**

   (a) Legal Basis: <u>UNDER RULE 11(A)(1) the CONSTITUTION REQUIRES THAT A PLEA IS MADE VOLUNTARILY</u>
   (State federal ground for your claim by citation or explanation in words.)

   (b) Supporting Facts: <u>My GUILTY PLEA WAS COERCED. STATE LAW STATES that A PLEA OF GUILTY is DEEMED "COERCED" WHERE it is IMPROPERLY INDUCED By IGNORANCE, FEAR OR FRAUD (IDAHO RULE 11) My PLEA WAS MADE INVALID By IGNORANC, FEAR AND FRAUD :(1) IGNORANC By; INADMISSIBLE UNDER 5th AMENDMENT Right of SELF-INCRIMINATION (2) FEAR AND FRAUD AS my PLEA WAS COERCED By the AGREEMENT NOT TO PROSECUTE My EX-WIFE AS iN U.S. V. WRIGHT 43 F.3D 491 10th CIR, 1994, "THERE (WAS) NO EVIDENCE FROM which to CONCLUDE THAT the PROSECUTION HAD PROBABLE CAUSE TO INDICT those PERSONS it ALLEGEDLY THREATENED TO INDICT". DUE PROCESS REQUIRES That the AGREEMENT BE INTERPRETED IN Keeping With A DEFENDAT's REASONABLE UNDERSTANDING, [U.S. V. BURK, 633 F.3D 984, 99-95 (10th CIR, 2011)] (U.S. V. CLARK, 218 F.3D 1092 1096 9th CIR 2000)</u>
   (1) SEE HAWKINS V. HANNIGAN, 185 F.3D 1146, 1156 (10th CIR)

   (c) Did you bring this claim before the Idaho Supreme Court? ☒ Yes ☐ No

   (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: <u>* A ~~[crossed out]~~ DIRECT APPEAL (SEE ATTACHMENT TO APPLICATION) USING COOPER V. WOODFORD, 358 F.3d 1117, 1123 (9th CIR 2004)</u>

   (2) If you did not bring this claim before the Idaho Supreme Court, explain why:
   <u>See. Addendum Attached</u>

2. **Second Claim**

   (a) Legal Basis: UNDER RULE 11(A)(1) THE CONSTITUTION REQUIRES THAT A DEFENDANT'S PLEA IS MADE VOLUNTARILY, KNOWINGLY AND INTELLIGENTLY
   *(State federal ground for your claim by citation or explanation in words.)*

   (b) Supporting Facts: DUE PROCESS WAS NOT GIVEN AS MY GUILTY PLEA WAS INVOLUNTARY. THE COURT DID NOT ENSURE THAT THE PLEA WAS "VOLUNTARY AND DID NOT RESULT FROM FORCE, THREATS OR PROMISES" "THAT WERE NOT INCLUDED IN THE PLEA AGREEMENT." THE STATE DISTRICT COURT DID NOT ACCEPT MY HANDWRITTEN "MOTION" (THE ONLY OPTION AVAILABLE) TO WITHDRAW MY PLEA (SEE CR-14-2027)(10/25/16 TR., p2 LS 21-23), WHEREBY I COULD NOT SUCCESSFULLY RAISE A CHALLENG TO THE PLEA, WHERE AS IN RULE 11(C)(5)(B) I SHOWED A "FAIR AND JUST REASON". AS MY PLEA WAS NOT INTELLIGENT AS HAD TO BE "PROVED BEYOND REASONABLE DOUBT" U.S. V. VILLALOBOS, 333 F.3D 1070, 1075-76 (9th CIR 2003) I AM ENTITLED TO AN OPPORTUNITY TO SHOW INNOCENCE AS IN U.S. V. GARTH 188 F.3D 99, 113-14 3D CIR. 1999). AS IN FERRARA V. U.S., 456 F.3D 278, 297-98 1st CIR. 2006) MY PLEA MUST BE SET ASIDE AND SENTENCE VACATED BECAUSE THERE IS REASONABLE EVIDENCE THAT I WOULD HAVE OPTED FOR TRIAL, THAT ANOTHER PERSON WAS NEAR VICTIM AS SEEN IN MILLER V. ANGLIKER, 848 F.2D 1312, 1321, 1321-22 (2D. CIR. 1988)

   (c) Did you bring this claim before the Idaho Supreme Court? ☒ Yes ☐ No

   (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: DIRECT APPEAL of POST-CONVICTION AFTER CONVICTION AS IN TAYLOR V. MADDOX, 366 F.3d 992, 1008 (9th CIR 2004)

   (2) If you did not bring this claim before the Idaho Supreme Court, explain why:

   _____

   _____

3. **Third Claim**

   (a) Legal Basis: RULE 11(a)(1) THE CONSTITUTION REQUIRES THAT PLEA ARE MADE KNOWINGLY
   *(State federal ground for your claim by citation or explanation in words.)*

   (b) Supporting Facts: UNDER BRADY V. US 397 U.S. 742, 750 (1970) "A STATE MAY NOT INDUCE A GUILTY PLEA BY THREATENING DEFENDANT... BY MENTAL COERCION OVERBEARING DEFENDANT'S WILL! (SEE U.S. V. ABBOTT(2) THE JUDGE COULD NOT ASCERTAIN WHETHER DEFENDANT PLEADED GUILTY VOLUNTARILY OR TO SAVE FAMILY MEMBER. AS IN HILL V. BEYER, 62 F.3D 474, 482-84 (3D. CIR. 1995) I DID NOT KNOW I WAS WAIVING RIGHT TO CONFRONT WITNESSES STATEMENTS USED AGAINST MY VERSION OF CRIME, AS DETERMINED BY THE GRAND JURY (SEE EXHIBIT A). THE PLEA AGREEMENT WAS UNREASONABLE FOR (ME) THE DEFENDANT TO UNDERSTAND; AS THE PLEA AGREEMENT DID NOT PROHIBIT USE OF EVIDENCE NOT LISTED IN AGREEMENT, AND PLACED NO RESTRICTIONS ON WHAT COULD BE USED AS EVIDENCE AS IN U.S. V. BURKE, 633 F.3D 984, 994-95 (10th CIR. 2011)
   (2) U.S. V. ABBOTT. 241 F.3D 29, 34-35 1st CIR (2001)

   (c) Did you bring this claim before the Idaho Supreme Court? ◯ Yes ⊗ No

       (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: _____

       (2) If you did not bring this claim before the Idaho Supreme Court, explain why:
   Because I did not know Federal law, Because I have a TBI see "exhibit C".

4. **Fourth Claim**

(a) Legal Basis: <u>VIOLATION OF RIGHT TO PROCEDURAL DUE PROCESS THE FIFTH AND FOURTEENTH AMENDEMENTS PROHIBIT THE STATE FROM DEPRIVING.</u>
*(State federal ground for your claim by citation or explanation in words.)*

(b) Supporting Facts: <u>(1) THE STATE HAS INTERFERED WITH A "INMATE'S" PROTECTED RIGHT TO AN ASSERTION OF LEGAL "INNOCENCE" AS IN (GARTH 188 F.3d 99, 113-14)(3D. CIR 1999) MY DUE PROCESS WAS VIOLATED, AS MY FIFTH AMENDMENT PRIVILEGE OF SELF INCRIMINATION, DUE TO PSYCHIATRIC SYMPTOMS FROM POSTTRAUMATIC STRESS DISORDER, WHICH WAS DUE TO A TRAUMATIC BRAIN INJURY WHILE SERVING IN THE U.S. ARMY IN IRAQ SEE (EXHIBIT C). UNDER RULE 11(F) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND RULE 410 OF THE FEDERAL RULES OF EVIDENCE THE STATE VIOLATED MY CONSTITUTIONAL RIGHT TO WITHDRAW MY GUILTY PLEA AS IN U.S. V SIMMONS 164 F.3d 76, 79 (2d CIR. 1998). AS FOURTH AMENDMENT CLAIMS OF INEFFECTIVE COUNSEL ARE COGNIZABLE HABEAS CORPUS CLAIMS AND REVIEWABLE WHEN SEEN IN LAWHORN V. ALLEN, 519 F.3d 1272, 1288 (11th CIR 2008) MY CLAIMS WERE "IGNORED" BY STATE APPELLATE COURT AND DID NOT RECEIVE FAIR CONSIDERATION AS IN SECTION 2254 (d). SEE (EXHIBIT D)</u>

(c) Did you bring this claim before the Idaho Supreme Court? ⊙ Yes ⊗ No

(1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: _____

(2) If you did not bring this claim before the Idaho Supreme Court, explain why: <u>THE FACTUAL BASIS FOR THE NEW CLAIM, COULD NOT HAVE DISCOVERED PREVIOUSLY. UNDER 2254(E)(2)</u>

Petition for Writ of Habeas Corpus - p. 9     (Rev. 10/24/2011)

## VI. OTHER FEDERAL COURT ACTIONS RELATED TO CONVICTION OR SENTENCE

If you have previously filed any type of petition, application, or motion in federal court regarding the conviction or sentence, state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result. Attach a copy of the decision if possible.

N/A

## VII. PENDING COURT ACTIONS RELATED TO CONVICTION OR SENTENCE

If you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging, state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, and the current status.

Post conviction in the Fourth District State of Idaho, county of Boise Case No. CV08-21-00010

## VIII. REQUEST FOR APPOINTMENT OF COUNSEL

I ☒ do ☐ do not request the appointment of counsel. I believe counsel is necessary to assist me for the following reasons: I have a TBI from IRAQ and Do not understand proceedings see "Exhibit C"

## IX. PRAYER FOR RELIEF

Petitioner asks that the Court grant the following relief: Guilty Plea set aside as involuntary, and any other relief as justice so requires.

I declare (or verify) under penalty of perjury that the foregoing is true and correct, and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on May 24 2021.
(month, date, year)

Executed (signed) on May 24th 2021
(month, date, year)

_____
(signature of petitioner)