Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
chd@fergusondurham.com
ISB No. 6428
Attorney for Petitioner

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL STEPHEN DAUBER,<br><br>Petitioner,<br><br>v.<br><br>WARDEN RAMIREZ,<br><br>Respondent. | Case No. 1:21-CV-00243-REP<br><br>**MOTION TO REOPEN CASE AND TO SET DEADLINE FOR AMENDED PETITION** |

  The Petitioner, Michael Dauber, moves the Court to reopen this habeas corpus case, which the Court had administratively stayed pending completion of Mr. Dauber's state post-conviction matter. (Dkt. 8, p. 6.) The state court matter concluded with the Idaho Supreme Court's remittitur on June 30, 2025. (Exhibit A.)

  Mr. Dauber further moves the Court set a deadline of August 30, 2025, to permit his counsel sufficient time to review the record and to file an amended petition, if

1

counsel and Mr. Dauber determine that one is necessary. The undersigned has contacted counsel for the State, who indicated that he is not opposed to the request.

DATED this July 28, 2025.

*/s/ Craig H. Durham*
Craig H. Durham
Attorney for Petitioner
