**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

| | |
|---|---|
| MICHAEL S. DAUBER, | **Remittitur** |
| Petitioner-Appellant, | Docket No. 50672-2023 |
| v. | Boise County District Court<br>CV08-21-00010 |
| STATE OF IDAHO, | |
| Respondent. | |

TO:    Fourth Judicial District, County of Boise

The Court having announced its Unpublished Opinion in this cause April 2, 2025, and the Supreme Court having denied Appellant's Petition for Review on June 30, 2025; therefore;

IT IS ORDERED that the District Court shall forthwith comply with the directive of the Unpublished Opinion, if any action is required.


Dated: June 30, 2025.

_Melanie Gagnepain_

Melanie Gagnepain
Clerk of the Courts