RAÚL R. LABRADOR
Attorney General
State of Idaho

MARK W. OLSON, ISB #7555
Deputy Attorney General
Capital Litigation Unit
Criminal Law Division
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4520
Facsimile: (208) 854-8074
E-mail: mark.olson@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL STEPHEN DAUBER,<br><br>Petitioner,<br><br>vs.<br><br>NICK BAIRD, Warden of the Idaho State Correctional Institution,<br><br>Respondent. | CASE NO. 1:21-cv-00243-REP<br><br>RESPONDENT'S NOTICE OF LODGING |

COMES NOW Respondent, Nick Baird, Warden of the Idaho State Correctional Institution ("State"), by and through his attorney, Mark W. Olson, Deputy Attorney General, Capital Litigation Unit, and hereby lodges state court records pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases. All state court documents remain available for inspection upon the request of the Court. The State reserves the right to augment the record if the need arises during the course of these proceedings.

The following records and documents are hereby submitted to the Court:

**A. <u>State District Court Records (Trial Court Record), *State of Idaho v. Michael S. Dauber*, Boise County District Court Case Nos. CR-2014-312; CR-2014-2027</u>**

1. ICourt Portal Entry, *State of Idaho v. Michael S. Dauber*, Boise County District Court Case No. CR-2014-312, Accessed June 11, 2026 (40 pages).

2. ICourt Portal Entry, *State of Idaho v. Michael S. Dauber*, Boise County District Court Case No. CR-2014-2027, Accessed June 11, 2026 (39 pages).

3. Clerk's Record on Appeal, Vol. I (corrected[1]), *State of Idaho v. Michael S. Dauber*, Boise County District Court Case CR-2014-312, Idaho Supreme Court Docket No. 44849 (354 pages).

4. Clerk's Record on Appeal, Vol II (corrected), *State of Idaho v. Michael S. Dauber*, Boise County District Court Case CR-2014-312, Idaho Supreme Court Docket No. 44849 (213 pages).

5. Clerk's Record on Appeal, Vol I (corrected), *State of Idaho v. Michael S. Dauber*, Boise County District Court Case CR-2014-2027, Idaho Supreme Court Docket No. 44850 (368 pages).

6. Clerk's Record on Appeal, Vol II (corrected), *State of Idaho v. Michael S. Dauber*, Boise County District Court Case CR-2014-2027, Idaho Supreme Court Docket No. 44850 (405 pages).

---

[1] In the subsequent consolidated direct appeal, the Idaho Supreme Court granted Dauber's motion to delete portions of the appellate record, and ordered the state district court clerk to create a corrected clerk's record. (State's lodgings B-2; B-3.) The clerk's records that the State lodges here, as State's lodgings A-3 through A-6, are those corrected records. (*See* State's lodging B-9 n.2 (the State, in its Respondent's brief on direct appeal, identifying the clerk's record as it existed by that time; this identification includes clerk's record volume descriptions corresponding with the documents the State lodges as State's lodgings A-3 through A-6.)

7. Reporter's transcript of Change of Plea hearing and Sentencing hearing, *State of Idaho v. Michael S. Dauber*, Boise County District Court Case Nos. CR-2014-312; CR-2014-2027; Idaho Supreme Court Docket Nos. 44849 & 44850; June 14, 2016 and October 28, 2016 (26 electronic pages, 72 transcript pages).

8. Reporter's transcript[2] of hearings on Dauber's motion to withdraw his guilty plea, *State of Idaho v. Michael S. Dauber*, Boise County District Court Case Nos. CR-2014-312; CR-2014-2027 Idaho Supreme Court Docket Nos. 44849 & 44850, October 25 and 27, 2016 (46 pages).

**B. State Court Records (Direct Appeal), *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850**

1. Idaho Supreme Court Order to Consolidate Appeals for All Purposes, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; entered May 16, 2017 (1 page).

2. Idaho Supreme Court Order Granting Motion to Delete Portions of the Appellate Record, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; entered December 22, 2017 (7 pages, including attachments).

3. Idaho Supreme Court Order Granting Motion to Suspend Briefing Schedule and for Temporary Remand to the District Court for Corrected Record, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; entered June 7, 2018 (3 pages).

4. Idaho Supreme Court Order Denying Motion for Appointment of Conflict Free Counsel, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; entered October 31, 2018 (1 page).

---

[2] Page 3 of the electronic file containing these transcripts misidentifies the file as containing the change of plea hearing and sentencing hearing transcripts.

5. Appellant's Motion for Order Withdrawing SAPD as Counsel and to Suspend the Briefing Schedule, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; filed December 3, 2018 (2 pages).

6. Appellant's Affidavit in Support of Motion for Order Withdrawing SAPD as Counsel and to Suspend the Briefing Schedule, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; filed December 3, 2018 (4 pages).

7. Idaho Supreme Court Order Granting SAPD Motion to Withdraw as Counsel, and SAPD Motion to Unseal Sealed Records and Transcripts, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; entered December 19, 2018 (1 page).

8. Appellant's brief, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; filed January 30, 2019 (82 pages, including attachments).

9. Respondent's brief, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; filed April 23, 2019 (31 pages).

10. Reply brief, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; filed July 12, 2019 (36 pages, including attachments).

11. Appellant's Notice of Withdrawal of Appellate Claims, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; dated November 10, 2019 (1 page).

12. 2020 Idaho Court of Appeals Unpublished Opinion, *State of Idaho v. Michael S. Dauber*, Idaho Court of Appeals Docket Nos. 44849 & 44850; entered January 22, 2020 (7 pages).

13. Appellant's Petition for Review, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; filed February 7, 2020 (2 pages).

14. Appellant's Brief in Support of Petition for Review, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; filed May 2, 2020 (9 pages).

15. Idaho Supreme Court Order Denying Petition for Review, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; entered June 24, 2020 (1 page).

16. Remittitur, *State of Idaho v. Michael S. Dauber*, Idaho Supreme Court Docket Nos. 44849 & 44850; entered June 24, 2020 (1 page).

**C. State District Court Records (Post-Conviction), *Michael Dauber v. State of Idaho*, Boise County District Court Case No. CV08-21-00010**

1. ICourt Portal Entry, *Michael Dauber v. State of Idaho*, Boise County District Court Case No. CV08-21-00010, Accessed June 12, 2026 (9 pages).

2. Clerk's Record on Appeal, Vol. I, *Michael Dauber v. State of Idaho*, Boise County District Court Case No. CV08-21-00010, Idaho Supreme Court Docket No. 50672-2023 (242 pages (pages 1-242)).

3. Clerk's Record on Appeal, Vol. II, *Michael Dauber v. State of Idaho*, Boise County District Court Case No. CV08-21-00010, Idaho Supreme Court Docket No. 50672-2023 (81 pages (pages 242-323).)

4. Reporter's Transcript of Hearing on State's Motion for Summary Dismissal, *Michael Dauber v. State of Idaho*, Boise County District Court Case No. CV08-21-00010, Idaho Supreme Court Docket No. 50672-2023; February 3, 2023 (33 pages).

**D. State Court Records (Post-Conviction Appeal), *Michael S. Dauber v. State of Idaho*, Idaho Supreme Court Docket No. 50672-2023**

1. Appellant's brief, *Michael S. Dauber v. State of Idaho*, Idaho Supreme Court Docket No. 50672-2023; filed June 4, 2024 (29 pages).

2. Respondent's brief, *Michael S. Dauber v. State of Idaho*, Idaho Supreme Court Docket No. 50672-2023; filed September 25, 2024 (36 pages).

3. Reply brief, *Michael S. Dauber v. State of Idaho*, Idaho Supreme Court Docket No. 50672-2023; filed November 27, 2024 (13 pages).

4. 2025 Idaho Court of Appeals Unpublished Opinion, *Michael S. Dauber v. State of Idaho*, Idaho Court of Appeals Docket No. 50672-2023; entered April 2, 2025 (10 pages).

5. Appellant's Petition for Review, *Michael S. Dauber v. State of Idaho*, Idaho Supreme Court Docket No. 50672-2023; filed April 22, 2025 (2 pages).

6. Appellant's Brief in Support of Petition for Review, *Michael S. Dauber v. State of Idaho*, Idaho Supreme Court Docket No. 50672-2023; filed June 3, 2025 (35 pages, including attachment).

7. Idaho Supreme Court Order Denying Petition for Review, *Michael S. Dauber v. State of Idaho*, Idaho Supreme Court Docket No. 50672-2023; entered June 30, 2025 (1 page).

8. Remittitur, *Michael S. Dauber v. State of Idaho*, Idaho Supreme Court Docket No. 50672-2023; entered June 30, 2025 (1 page).

DATED 14th day of July, 2026

/s/ *Mark W. Olson*
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of July, 2026, I caused to be served a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

| | |
|---|---|
| Craig H. Durham | ______ U.S. Mail |
| Ferguson Durham, PLLC | ______ Hand Delivery |
| 223 N. 6th Street, Suite 325 | ______ Overnight Mail |
| Boise, ID 83702 | ______ Facsimile |
| chd@fergusondurham.com | __X__ Electronic Court Filing |

/s/ *Mark W. Olson*
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit